1  Anna Martin (Bar No. 154279)
   amartin@mmhllp.com
2  Grant Ingram (Bar No. 242785)
   gingram@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
4  Los Angeles, California 90017-2547
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA
7
   Charles Balch Perkins (Bar No. 126942)
8  bperk@earthlink.net
   Susan D. Pelmulder (Bar No. 234731)
9  sue@pelmulder.com
   ROSE PERKINS PELMULDER
10 59 North Santa Cruz Avenue, Suite Q
   Los Gatos, CA 95030
11 Telephone: (408) 399-4566
   Facsimile: (408) 399-6683
12
   Attorneys for Plaintiff
13 DANIEL LANDECK

14
                    **UNITED STATES DISTRICT COURT**
15
           **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**
16

17
   DANIEL LANDECK                        )   Case No. 3:17-cv-03157-RS
18                                        )
                Plaintiff,                )   **STIPULATION TO DISMISS ENTIRE**
19                                        )   **ACTION WITH PREJUDICE;**
        vs.                               )   **[PROPOSED] ORDER THEREON**
20                                        )
   UNUM LIFE INSURANCE COMPANY OF         )   Judge:  Richard Seeborg
21 AMERICA,                               )   Ctrm:   3
                                          )
22            Defendant.                  )   Complaint Filed:    June 1, 2017

23        IT IS HEREBY STIPULATED, by and between Plaintiff DANIEL LANDECK and

24 Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, (collectively, the "Parties")

25 by and through their respective attorneys of record, that this action shall be dismissed in its entirety

26 with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

27 Each Party shall bear its own attorneys' fees and costs.

28        The Parties further stipulate and request that all dates set in this matter be vacated and taken

off the Court's calendar.

Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: January 17, 2019
Charles B. Perkins
ROSE PERKINS PELMULDER


By: */s/ Charles B. Perkins*
Charles B. Perkins
Attorneys for Plaintiff
DANIEL LANDECK


Dated: January 17, 2019
Anna M. Martin
Grant Ingram
MESERVE, MUMPER & HUGHES LLP


By: */s/ Grant E. Ingram*
Grant E. Ingram
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA


## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

168130.1

## ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:17-cv-03157-RS, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: __1/18/19_____

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

168130.1